UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AMANDA BENNETT,

                    Plaintiff,

          v.

CENTRAL INTELLIGENCE AGENCY,
ELON MUSK,

                    Defendants.

Case No. 3:26-cv-05500-TMC

ORDER

Having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Plaintiff's IFP application (Dkt. 1) is DENIED.

(3)    Plaintiff is instructed to pay the $405 filing fee within 30 days of this Order.

If the filing fee is not paid, the Clerk is instructed to close the case.

Dated this 9th day of June, 2026 .

_____
Tiffany M. Cartwright
UNITED STATES DISTRICT JUDGE

ORDER - 1